**Order entered October 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00018-CV

## MICHAEL SUTTON, Appellant

## V.

## OCTAPHARMA PLASMA INCORPORATED, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06879**

## ORDER

Before the Court is appellee's October 6, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **November 16, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    KEN MOLBERG
       JUSTICE